# In The United States District Court For The Southern District Of Georgia Savannah Division

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983 Complaint

Windell Weaver
G.D.C. 1001320794

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Vs.                            Plaintiff

Corecivic
William Danforth
Ricky Stone
Deanna Clements
Kameron Williams

Defendant(s)

CIVIL ACTION NO: _____

## I. GENERAL INFORMATION

1. Your full name and prison number **Windell Wayne Weaver; G.D.C.#1001320794**
2. Name and location of prison where you are now confined **Corecivic Coffee Correctional Facility**
3. Sentence you are now serving (how long?) **140 years**

    (a) What were you convicted of? **Open Case on Appeal; illegally convicted of: Rape, Agg. Child Molestation, Enticing a Child, False Imprisonment, and Sexual Exploitation of a Minor; Not Guilty**

    (b) Name and location of court which imposed sentence **Fulton County Superior Court, Fulton County, Georgia**

    (c) When was sentence imposed? **06/22/2014**

    (d) Did you appeal your sentence and/or conviction?    Yes ✓   No ☐

    (e) What was the result of your appeal? **Open Case in Georgia State Habeas Corpus; Not Guilty**

(f) Approximate date your sentence will be completed 2\54

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action? Yes ☐ No ☑

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit INVOLVING SAME FACTS:
   Plaintiff(s):_____

   Defendant(s):_____

(b) Name of Court:_____
(c) Docket Number:_____ When did you file this lawsuit?_____
(d) Name of judge assigned to case:_____
(e) Is this case still pending? Yes ☐ No ☐
(f) If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained? Yes ☐ No ☑

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit:
   Plaintiff(s):_____
   Defendant(s):_____
(b) Name of Court:_____
(c) Docket Number:_____ When did you file this lawsuit?_____
(d) Name of judge assigned to case:_____
(e) Is this case still pending? Yes ☐ No ☐

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

_____

_____

_____

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ✔   No ☐

(1) If Yes, to whom did you appeal and what was the result? Same result in question 9.(a); It is G.D.C. Grievance Number 348419; I appealed all the way to the G.D.C. Central Office.; I exhausted all remedies.

(2) If No, explain why you did not appeal: _____

_____

10. In what other institutions have been confined? Give dates of entry and exit.
Georgia Diagnostic and Classification State Prison, Telfair State Prison, Valdosta State Prison, Rutledge State Prison, Autry State Prison, Georgia State Prison, Johnson State Prison, Walker State Prison, Wilcox State Prison, current prison now Corecivic Coffee Correctional Facility. I have been to all these listed Prisons on my current sentence between the dates of June, 2014, and June, 2023.

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
Corecivic, Coffee Correctional Facility, 7 old Seg. Cell 123B, P.O. Box 650, 1153 N. Liberty Street, Nicholls, Georgia 31554.

_____

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. Corecivic;(Headquarters),10 Burton Hills Blvd., Nashville, Tenn. 37215 Warden William Danforth, Assistant Warden of Care and Treatment Ricky Stone, Counselor Deanna Clements, and Lieutenant Kameron Williams. All defendants employed at Corecivic Coffee Correctional Facility, P.O. Box 650, 1153 N. Liberty Street, Nicholls, Georgia 31554.

(f)   If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☐   No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

_____     _____
_____     _____
_____     _____
_____     _____

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Corecivic Coffee Correctional Facility

   (a) Does this institution have a grievance procedure?   Yes ☑   No ☐

   (b) If your answer to question 9(a) is "Yes", answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?
   Yes ☑   No ☐

   (2) If Yes, what was the result? The Georgia Department of Corrections told me to reapply for Protective Custody, so that a new investigation would be conducted at Corecivic Coffee Correctional Facility.

   (3) If No, explain why not: _____

   _____
   _____
   _____

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? Corecivic Coffee Correctional Facility, in Nicholls, Georgia

WHEN do you allege this incident took place? May, 13, 2023

WHAT happened? Through gross and joint negligence by the Defendants I was attacked and beaten until I was unconscious by a Gangmember. On May, 13, 2023 between the hours of 8 A.M. and 11 A.M., I was attacked in my cell, in 7 old segregation Cell 123, by a Inmate who told me he was a "Gangster Disciple" from Chicago. The gangmember told me it was a cash money "Hit" out on me from the Gangster Disciples and Blood gang, here at Corecivic Coffee Correctional Facility. The gangmember in the cell with me punched me in the face, then slammed me backwards into the metal desk in the Cell. I tried to run from him, then the gang-member grabbed me again and slammed me into the metal edge of the bottom bunk in the Cell. I fell to the ground and curled myself up into a ball. The gangmember kicked me, punched me, and stomped my Head until I was unconscious. When I regained consciousness I screamed for an Officer. Along with unknown inmates in other Cells that heard what was going on, screaming for an Officer to come help me too. Reluctantly Officer Cooper came to my Cell and removed the gangmember

from the cell I was in. Then Officer James came to my aid along with Nurse Newberry. Nurse Newberry and Officer James got me a wheelchair to toke me to Medical because at that point in time I had no feeling in my legs. I was wheelchaired to Corecivic Coffee Correctional Facility, medical where I was examined. Sergeant Horne gave me a Corecivic 5-IC Statement Form. And I told Sergeant Horne I had been requesting to be put on Protective Costody in fear that samthing like this was going to happen to me for Months now. Sargeant Horne told me to take the Corecivic 5-IC statement Form back to my cell once the Nurse finished examining me, and she would talk to her supervisor about getting me put on Protective Costody. Once back in my Cell I wrote a statement explaining what happened to me. Then I turned it into Officer James and he turned it into Sergeant Horne. From this attack I recieved severe injuries to my Back, Spinal Cord, Neck, and Head.

This incident could have been avoided. Because for seven Months prior to me being attacked by a gangmember in my Cell in Administrative Segregation, I have been constantly requesting verbally and in writing to be put on Protective Costody to the listed Defendants.

Back in the end of the Month of September, 2022, I was in Corecivic Coffee Correctional Facility, general population Dorm 6 CC. The head gangmembers of the Gangster Disciples, Bloods, Crips, ABs, and Ghostface Gangsters told me that I could not live in population at Corecivic Coffee Correctional Facility, with the charges I'm being held in prison for. One gangmember pulled out a homemade Knife and told me I could leave the easy way or the hard way. The hard way meaning, if I didn't go to Administration Segregation I was going to be stabbed up. So I went to Administration Segregation and I wrote what

Question 13. continued page 2 of 7

happened down on paper, also requesting Protective Costody and turned it into Sergeant Williams. Nothing happened and no one even ask me about my request. I stayed in Administration Segregation for 30 days. Then I went back into Corecivic Coffee Correctional Facility, general population again. I was assigned to Dorm 4 Q Q. After a couple of days in Dorm 4 Q Q, the head gangmembers of the Gangster Disciples, Bloods, Crips, AB's, and Ghostface Gangsters told me again that I could not live in population here at Corecivic Correctional Facility, with the charges I am being held in prison on. The gangmembers," and that being mostly everybody in that Dorm," was going to stabb me, jump me, and rob me. But I got the Dorm 4, Officers attention and they packed my property and escorted me out the Dorm. That happened on October, 30, 2023. I was taken back to Administration Segregation, but this time I filled out a Corecivic 5-1C Statement Form telling what had been happaning to me, and requesting also to be put on Protective Costody. I turned it into Counselor Clements, but nothing changed in my Administration Segregation status. On November, 2, 2022, Lieutenant Richardson told me while taking me to Administration Segregation recreation yard that he has no respect for "pedophiles". And that he would take me to an empty dormatory and rape me and beat me up, or he would have gangmembers do it for him. I reported Lieutenant Richardson to PREA by phone and on Corecivic 5-1C Statement Forms, and I turned the Statement Forms into Assistant Warden of Care and Treatment Mr. Stone and Counselor Clements. I also wrote Head Warden Danforth reporting all my previous incidents including this one to him, begging him to put me on Protective Costody. Because now I wasn't just in fear of the gangs attacking me, I was now in fear of an Officer attacking me and assaulting

Question 13. continued page 3 of 7

me also. Though nothing changed in my Administration Segregation status Lieutenant Richardson was moved to another post, no longer working in Administration Segregation. I also told my "Mother" Barbara Russell on the Prison Payphone about all these listed incidents also. In November, 2022, also, a Inmate in the Cell with me in Corecivic Coffee Correctional Facility, in 7old Seg., Cell 122 tried to stabb me with an Ink Pen. He was a Crip gangmember by the name of Mills. He told me he had recieved word about the charges I was in prison on, and that I could not live in the Cell with him. I called for the 7old Seg., Officer Sergeant Leggit and she moved me to 7old Seg., Cell 123B. On December, 1, 2022, Lieutenant Richardson and Officer Benjamin out of retaliation gave my Union Supply Christmas Package that my Mother ordered me to a gangmember, who happened to be a Blood gangmember. I wrote a Grievance and reported it in writing to Assistant Warden of Care and Treatment Mr. Stone. I met with Assistant Warden of Care and Treatment Mr. Stone in his Office and told him verbally that it was done out of retaliation, and that I needed to be

on Protective Costody because of the incidents listed previously sense September, 2022. But nothing changed in my Administration Segregation status. Meaning, I was still being double bunk with random Inmates. On December, 23, 2022, during night shift count Lieutenant Richardson came in 7old Seg., to count. A Inmate asked him why he was no longer working in 7old Seg., and why was he working on night shift? And Lieutenant Richardson said, "Assholes keep putting PREA's and Grievances on him, Punk Ass Gay Motherfucker". On January, 6, 2023, Lieutenant Richardson who does not suppose to be

Question 13. continued page 4 of 7

coming near me, came to my Cell twice in Administration Segregation trying to put inmates in the Cell with me. The first time was at 9:30 A.M., and the second time with a different Inmate was at 2:22 P.M. Then after Lieutenant Richardson left 7 old Seg., Officer Benjamin screamed Windell Weaver your a "Pedophile!" The Inmate Orderly in 7 old Seg., at the time named Copeland said, "I know everybody heard that." I reported all these incidents verbally to Warden Hall and Warden Yancey on January, 6, 2023, and I begged to be put on Protective Costody. And I reported all these listed incidents on a PREA Report phone call on January, 7, 2023. All these listed incidents of Officer retaliation I reported in writing to Head Warden Danforth and Assistant Warden of Care and Treatment Mr. Stone, begging to be put on Protective Costody. In all reports I begged to be put on Protective Costody in fear of my life being taken by gangmembers and Lieutenant Richardson here at Corecivic Coffee Correctional Facility. During the same time Lieutenant Richardson gave my Union Supply Christmas Food Package to a gangmember and retaliating against me for him being moved to Nightshift. On December, 12, 2022, Lieutenant Glover the Officer In Charge of Nightshift intentionally did not turn my Prison Commissary Store Sheet in. When I gave my Prison Commissary Store Sheet to Lieutenant Glover, he said he would turn it for me. But on Administration Segregation Commissary delivery day, I didn't recieve anything. The Prison Commissary Officer told me she didn't recieve a Prison Commissary Store Sheet from me. All this retaliation being done during the Christmas Season of 2022. On January, 19, 2023, Lieutenant Williams the Officer In Charge of Administration Segregation told me I was denied Protective

Question 13. continued page 5 of 7

Costody. I asked him by who? And Lieutenant Williams wouldn't tell me exactly who or why I was being denied Protective Costody. On January, 20, 2023, I wrote a Grievance about being denied Protective Costody. And I reapplied for Protective Costody on January, 24, 2023 on Corecivic 5-IC Statement Forms, and turned them into Warden Yancey. On May, 8, 2023, at a Administration Segregation Hearing, I was told by Counselor Clements that my Protective Costody was denied. I told Counselor Clements that Warden Yancey had approved my Protective Costody. Counselor Clements told me that Warden Yancey no longer works at this Prison. On May, 13, 2023, I was attacked by a gangmember put in the cell with me in, 7old Seg., Cell 123, the Administration Segregation Unit. I recieved injuries that can be long term to my Back, Neck, Head, and nerve damage to my Spinal Cord. All dates not exactly stated in this Complaint can be exactly verified by Corecivic Officer Logbooks, Camera Surveillance, Institutional files, and or Records.

  Again, this incident could have been avoided If Corecivic and its employees would not have erroneously ignored my numerous requests to be put on Protective Costody. Because for seven Months prior to me being attacked by a gangmember put in the cell with me in Administration Segregation, I have been constantly numerous times requesting verbally and writing to be put on Protective Costody in fear somthing bad was going to happen to me. If the incidents I reported would have properly been investigated and granted nobody would have been allowed to come in the cell with me or I would have been moved to a One Man

Question 13. continued page 6 of 7

Cell. I have requested several times in previous Georgia Department of Corrections State Prisons to be put on Protective Costody. And never at anytime or anyplace in the Georgia Department of Corrections at a State Prison have I been denied Protective Costody. Georgia Department of Corrections knows that holds the Department liable, and the Georgia Department of Corrections never wants to be held liable. But Corecivic and its employees listed in this Complaint did not want to abide by the Georgia Department of Corrections, Standard Operating Procedures that Corecivic and Its employees are contracted under; As in Georgia Department of Corrections, S.O.P. 209.06 Section 4, B.3.; S.O.P. 209.06 Section 4, F.1. and 2.; and/or S.O.P. 209.06 Section 4, G.2. and 3.

      Corecivic acts as a Private Prison, operated as a for profit Company, and when there employees violate someone or fail to protect someone, Corecivic and its employees are 100 percent liable for damages because Corecivic and its employees cannot claim qualified immunity. Enlighten to this I am demanding Corecivic to pay in full the compensation requested in question numbered 15, in this Complaint for the damages Corecivic and its employees listed as the Defendants are liable for.

Question 13. continued  page 7 of 7

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY) Tiffany Ashly, Sgt. Leggit, Sgt. Conagan, Sgt. Horne, Mental Health Counselor Mrs. Holmes, Ofc. James, Ofc. Cooper, and Nurse Newberry, all employed at Corecivic Coffee Correctional Facility, P.O. Box 650, 1153 N. Liberty Street, Nicholls, Georgia 31554, Phone # 912-345-5058; Barbara Russell, 600 Greenwave Blvd., Apt. C-4, Summerville, South Carolina 29483, Phone # 843-494-0746; Annya Mazyck, 434 Red Oak Circle, Lot #1, Summerville, South Carolina 29486, Phone # 404-454-6647; All these people are either listed in the Complaint or know I've been requesting P.C. since Sep. 2022

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I am respectfully requesting the Court to Order, Corecivic Company to pay Three Million, Five Hundred Thousand, and zero cents, in compensation through indemnification for the damages Corecivic Company and its employees has unlawfully bestowed upon me: One Million Dollars for Gross Negligence, Joint Negligence, and Hazardous Negligence; One Million Dollars for Substantial Damages, Consequential Damages, Future Damages, and Special Damages; One Million Dollars for Emotional Distress, Mental Anguish, Intentional Infliction of Emotional Distress, and Negligent Infliction of Emotional Distress; Five Hundred Thousand Dollars for Punitive Damages, Court Fees, Lawyer Fees, and U.S. Marshall Fees.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 26th day of June, 2023.

6-26-23
exp 1/27/26

PLAINTIFF

From: Windell Weaver, #1001320794
At: Corecivic Coffee Correctional Facility,
Zold-Seg. Cell 123B, P.O. Box 650,
1153 N. Liberty Street,
Nicholls, Georgia 31554

To: Clerk's Office, U.S. Courthouse,
At: 125 Bull Street, Room 304
Savannah, Georgia 31401

U.S. Marshals Service
Savannah Georgia

Legal Mail *