**In the United States District Court
for the Southern District of Georgia
Waycross Division**

| | |
|---|---|
| WINDELL WEAVER,<br><br>      Plaintiff,<br><br>v.<br><br>CORECIVIC, WILLIAM DANFORTH,<br>RICKY STONE, DEANNA CLEMENTS,<br>and KAMERON WILLIAMS,<br><br>      Defendants. | 5:23-cv-61 |

**ORDER**

The Magistrate Judge issued a Report wherein he recommended the Court dismiss Plaintiff's claims against CoreCivic and Plaintiff's Motion for Restraining Order. Dkt. No. 24. Plaintiff filed Objections to this Report and Recommendation. Dkt. No. 28.

In his Objections, Plaintiff asserts CoreCivic should not be dismissed as a Defendant because its employees violated Plaintiff's constitutional rights and should be subject to suit and liable for damages. Id. at 2-3. Plaintiff's Objections are without merit. Plaintiff presents no facts or controlling law that even suggests a private corporation such as CoreCivic is a "person" under 42 U.S.C. § 1983 and subject to suit under that statute.

The Court **OVERRULES** Plaintiff's Objections. The Court concurs with and **ADOPTS** the Report and Recommendation as the

opinion of the Court. I **DISMISS** Plaintiff's claims against CoreCivic and **DENY** his Motion for Retraining Order. Plaintiff's claims against Defendants Danforth, Stone, Clements, and Williams remain pending. Dkt. No. 25.

**SO ORDERED**, this 15 day of February, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA