# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| WINDELL WEAVER,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM DANFORTH, RICKY STONE, DEANNA CLEMENTS, and KAMERON WILLIAMS,<br><br>    Defendants. | 5:23-cv-61 |

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to deny Defendants' Motion to Dismiss. Dkt. No. 55. Defendants did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DENY** Defendants' Motion to Dismiss. Dkt. No. 35. I **DIRECT** the Clerk of Court to issue a standard scheduling notice in this case, using the date of this Order as the beginning point in calculating the parties' deadlines.

**SO ORDERED**, this 17 day of March, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA