IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WINDELL WEAVER,

    Plaintiff,

v.

WILLIAM DANFORTH, RICKY STONE,
DEANNA CLEMENTS, and KAMERON
WILLIAMS,

    Defendants.

CIVIL ACTION NO.: 5:23-cv-61

**O R D E R**

Defendants filed a Motion for Filing Under Seal. Doc. 77. Defendants ask the Court to place under seal the documents they wish to attach to their motion for summary judgment at Exhibit 1-1G. Id.

The right of public access is an essential component of our system of justice. Romero v. Drummond Co., Inc., 480 F.3d 1234, 1245 (11th Cir. 2007). This right, however, is not absolute and "may be overcome by a showing of good cause." Beck v. Shinseki, CV 113-126, 2014 WL 693000, at *1 (S.D. Ga. Feb. 21, 2014). "The good cause inquiry involves balancing the asserted right of access against the other party's interest in keeping the information confidential." Id.; see Romero, 480 F.3d at 1246 (listing certain factors for a court to consider including if allowing access would impair court functions or harm legitimate privacy interests, "the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents").

"Even if the motion to file under seal meets no opposition, the parties to a lawsuit lack the authority to determine which documents outweigh the public's common law right of access." Usry v. EquityExperts.org, LLC, CV 116-10, 2020 WL 9127714, at *2 (S.D. Ga. Apr. 13, 2020) (citing Wilson v. Am. Motors Corp., 759 F.2d 1568, 1571 (11th Cir. 1985)).

Defendants seek to seal these documents based on Plaintiff's and the accused aggressor's privacy. Upon review and for good cause shown, the Court **GRANTS** Defendants' Motion and **DIRECTS** the Clerk of Court to seal the documents at Document Number 77-1 and attach these documents to the motion for summary judgment as Exhibit 1-1G. These documents are to remain under seal unless and until the Court directs otherwise.

**SO ORDERED**, this 15th day of September, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA